IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   5:23-CR-408 (BKS) |
| | ) | |
| v. | ) | **Superseding Indictment** |
| | ) | |
| **UQOEON LAWRENCE,** | ) | Violation:   21 U.S.C. § 841(a)(1) [Distribution of and Possession with Intent to Distribute Controlled Substances] |
| **Defendant.** | ) | |
| | ) | 18 U.S.C § 924(c) [Possession of a Firearm in Furtherance of a Drug Trafficking Crime] |
| | ) | |
| | ) | 18 U.S.C. §§ 922(g)(1) and 924(a)(8) [Possession of a Firearm and Ammunition by a Felon] |
| | ) | |
| | ) | 4 Counts & Forfeiture Allegation |
| | ) | County of Offense:   Onondaga |

## THE GRAND JURY CHARGES:

### COUNT 1
### [Distribution of and Possession with Intent to Distribute a Controlled Substance]

On or about June 15, 2023, in Onondaga County in the Northern District of New York, the defendant,

**UQOEON LAWRENCE,**

knowingly and intentionally distributed and possessed with intent to distribute a controlled substance. That violation involved 50 grams or more of methamphetamine, its salts, isomers, and

salts of its isomers, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 841(b)(1)(A).

## COUNT 2
**[Possession with Intent to Distribute Controlled Substances]**

On or about June 26, 2023, in Onondaga County in the Northern District of New York, the defendant,

**UQOEON LAWRENCE,**

knowingly and intentionally possessed with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1). That violation involved 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B).

## COUNT 3
**[Possession of Firearm in Furtherance of a Drug Trafficking Crime]**

On or about June 26, 2023, in Onondaga County in the Northern District of New York, the defendant,

**UQOEON LAWRENCE,**

in furtherance of one or more drug trafficking crimes for which he may be prosecuted in a court in the United States, that is: possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), knowingly possessed a firearm, specifically: one (1) Hawk Industries, H&R 1871 LLC, model Pardner Pump, 20-gauge shotgun bearing serial number NZ564010, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 4
### [Possession of a Firearm and Ammunition by a Felon]

On or about June 26, 2023, in Onondaga County in the Northern District of New York, the defendant,

**UQOEON LAWRENCE,**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce a firearm and ammunition that were shipped and transported in interstate commerce, specifically: one (1) Hawk Industries, H&R 1871 LLC, model Pardner Pump, 20-gauge shotgun bearing serial number NZ564010, manufactured in China, and nineteen (19) rounds of Remington 20-gauge shotgun ammunition manufactured in Arkansas or Illinois, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION

The allegations contained in Counts 2 and 3 of this indictment are hereby realleged and incorporated by reference herein for the purposes of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c).

Upon conviction of an offense in violation of Title 18, United States Code, Section 924(c), as set forth in Count 2, or Title 18, United States Code, Section 922(g)(1), as set forth in Count 3, the defendant, UQOEON LAWRENCE, shall forfeit to the United States of America, any firearm or ammunition involved in or used in any knowing violation of the offense of conviction. The property to be forfeited includes, but is not limited to, the following:

   a. One (1) Hawk Industries, H&R 1871 LLC, model Pardner Pump, 20-gauge shotgun bearing serial number NZ564010.

    b. Nineteen (19) rounds of Remington 20-gauge shotgun ammunition.

Dated: April 3, 2024

A TRUE BILL, *NAME REDACTED*

_____
Grand Jury Foreperson

CARLA B. FREEDMAN
United States Attorney

By: _____
Richard Southwick
Assistant United States Attorney
Bar Roll No. 506265

4